UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARON E. CAMPBELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CREDIT PROTECTION )<br>ASSOCIATION, L.P., )<br>)<br>Defendant. ) | Case No. 4:12CV00289AGF |

## **MEMORANDUM and ORDER**

This matter is before the Court on Plaintiff's motion to stay the Court's ruling on the pending summary judgment motions and to permit Plaintiff to conduct further discovery. Upon consideration of Plaintiff's motion and Defendant's response thereto,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED in part** and **DENIED in part**. (Doc. No. 26.)

**IT IS FURTHER ORDERED** that, not later than February 7, 2013, Plaintiff shall file the additional materials she references in her motion together with a brief (i) explaining why she believes the Court should consider those additional materials and (ii) addressing any arguments on the merits with respect to the effect of those materials on Defendant's pending motion for summary judgment. Plaintiff is advised that this Order should not be construed as a reopening of discovery in the case. The Court is satisfied that Plaintiff had a full and fair opportunity to conduct discovery in this case before she filed her motion for summary judgment.

**IT IS FURTHER ORDERED** that Defendant shall file, not later than February 21, 2013, a responsive brief addressing the same matters, and advising the Court whether Defendant requires any additional discovery in order to fully address the new materials.

                                              _/s/ Audrey G. Fleissig_
                                              AUDREY G. FLEISSIG
                                              UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2013.